IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 FEB 28  A 10: 04

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

---

DAVID ANDRADE, JANEL KLEINPETER, RYAN
DeLODDER, JULIA McBRIDE, BOBBI CAMERON,
STEPHANIE ANSTISS, LAURA KEIDEL and SEAN
RICKARD, Individually and on Behalf of All Others Similarly
Situated, as Class Representatives,

                                      Plaintiffs,

Case No. 1:08-cv-02668-CCB

-against-

AEROTEK, INC.,

                                      Defendant.

---

## JUDGMENT IN A CIVIL ACTION

PURSUANT TO RULE 68 of the Federal Rules of Civil Procedure, Plaintiffs have accepted the offer of Defendant AEROTEK, INC. ("Defendant") to allow judgment to be taken against it in this action by named Plaintiffs DAVID ANDRADE, STEPHANIE ANSTISS, BOBBI CAMERON, RYAN DELODDER, LAURA KEIDEL, JANEL KLEINPETER, JULIA MCBRIDE, and SEAN RICKARD, and opt-in Plaintiff NICHOLAS BARONE, for their alleged "off-the-clock" claims under the Fair Labor Standards Act ("FLSA") in the total lump sum amount of THIRTEEN THOUSAND, NINE HUNDRED AND FORTY DOLLARS and EIGHT CENTS ($13,940.08), plus, applicable prejudgment interest and reasonable attorney's fees and costs as determined by a fee petition to the Court, incurred up to February 11, 2011.

IT IS ORDERED AND ADJUDGED, that plaintiffs' acceptance of the defendant's Offer of Judgment pursuant to Rule 68 is approved, and it is,

FURTHER ORDERED AND ADJUDGED, that Judgment be entered against

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

1

FEB 2 5 2011

UNITED STATES DISTRICT COURT

defendant, AEROTEK, INC., and in favor of plaintiffs DAVID ANDRADE, STEPHANIE ANSTISS, BOBBI CAMERON, RYAN DELODDER, LAURA KEIDEL, JANEL KLEINPETER, JULIA MCBRIDE, and SEAN RICKARD, and opt-in Plaintiff NICHOLAS BARONE, in the amount of THIRTEEN THOUSAND, NINE HUNDRED AND FORTY DOLLARS and EIGHT CENTS ($13,940.08), plus applicable prejudgment interest and reasonable attorney's fees and costs as determined by a fee petition to the Court, incurred up to February 11, 2011 and it is,

FURTHER ORDERED AND ADJUDGED, that plaintiffs recover from the defendant AEROTEK, INC., in the following amounts:

David Andrade
$1,259.55 (*backpay while a Recruiter Trainee plus pro rata pre-judgment interest*)

Stephanie Anstiss
$1,405.95 (*backpay while a Recruiter Trainee plus pro rata pre-judgment interest*)

Bobbi Cameron
$1,546.55 (*backpay while a Recruiter Trainee plus pro rata pre-judgment interest*)

Ryan DeLodder
$1,876.33 (*backpay while a Recruiter Trainee plus pro rata pre-judgment interest*)

Janel Kleinpeter
$2,314.41 (*backpay while a Recruiter Trainee plus pro rata pre-judgment interest*)

Julia McBride
$2,206.26 (*backpay while a Recruiter Trainee plus pro rata pre-judgment interest*)

Sean Rickard
$0.00 (*backpay while a Recruiter Trainee*)

Nicholas Barone
$2,476.64 (*backpay while a Recruiter Trainee plus pro rata pre-judgment interest*)

Dated: February 25, 2011

/s/ CCB
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
U.S.D.J.

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
CLERK OF COURT