IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| David Andrade, et al.<br><br>                      Plaintiffs,<br>       -against-<br><br>Aerotek, Inc.,<br><br>                      Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§  CASE NO.  1:08-cv-02668-CCB<br>§<br>§<br>§<br>§<br>§ |

**PROPOSED ORDER**

Upon consideration of Plaintiffs' Motion for an Award of Statutory Attorney's Fees and Costs, Defendant's Opposition, any reply thereto, and the entire record herein, it is this _____ day of _____, 2011, hereby

**ORDERED** that Plaintiffs' Motion for an Award of Attorney's Fees and Costs in the amount requested by Plaintiffs is **DENIED**.  The Court hereby awards Plaintiffs **$_____** in attorney's fees and **$_____** in costs related to their partially successful "off-the-clock" claims.  In determining this amount, the Court excluded from the fee award all fees and costs attributable to:  (1) Plaintiffs' unsuccessful nationwide misclassification claims; (2) the improper filing of the initial Complaint in a court with no jurisdiction on this matter; (3) the improper filing of a North Carolina state wage and hour claim; (4) unrelated potential litigation regarding enforcement of Plaintiffs' contractual obligations to Aerotek; (5) the untimely Fourth Circuit appeal on the misclassification claims; and (6) preparation of the instant Motion which occurred after Aerotek served its Offer of Judgment.

The Court then reduced the remaining amount by **$\_\_\_\_** in light of Plaintiffs' limited level of success on their "off-the-clock" claim, inadequate documentation of time spent on this litigation, and disproportional fee request in comparison to their recovery.

                                                              U.S. District Court Judge
Catherine C. Blake

**Copies To:**

**Counsel for Plaintiffs**
Steven Bennett Blau
BLAU, BROWN & LEONARD LLC
224 W. 30th Street, Suite 809
New York, New York 10001

James E. Rubin
11 North Washington Street, Suite 520
Rockville, Maryland 20850

**Counsel for Defendant**
Robert J. Smith
John S. Battenfeld
Karen E. Gray
Joyce E. Taber
MORGAN, LEWIS & BOCKIUS
1111 Pennsylvania Ave., NW
Washington, DC 20004